UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO BARCENAS, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

        Plaintiff,

v.

JPM SUTTON LLC *et al.*,

        Defendants.

Case No.: 1:22-cv-02140

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated January 4, 2023, and annexed hereto as **Exhibit A**.

Dated: January 4, 2023

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Anthony Michael Gruppuso, Esq.
*Attorney for Defendants*
One Main Street
Chatham, NJ 07928
agruppuso@bmk-law.com

By: _____
C.K. Lee, Esq.