UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO BARCENAS, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class,*

        Plaintiff,

v.

JPM SUTTON LLC *et al.*,

        Defendants.

Case No.: 1:22-cv-02140

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants JPM Sutton LLC, CP Spring St LLC, 420 East 59th Rest LLC, Jessie Luongo, and Giuseppe Luongo ("Defendants"), having offered to allow Plaintiff Ricardo Barcenas ("Plaintiff") to take a judgment against them, in the sum of Twenty Thousand Dollars and No Cents ($20,000.00), inclusive of attorney's fees and costs, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 4, 2023 and filed as Exhibit A to Docket Number 57;

**WHEREAS**, on January 4, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 57);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Ricardo Barcenas, in the sum of $20,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 4, 2023 and filed as Exhibit A to Docket Number 57. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: January 10, 2023
      New York, New York

_____
J. PAUL OETKEN
United States District Judge